AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Patrick Alonzo Stedman<br><br><br>**Date of Birth:  XXXXXXX**<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00133
Assigned to: Judge Robin M. Meriweather
Assign Date: 1/20/2021
Description: COMPLAINT W/ ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ in the District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2) - Restricted Building or Grounds<br>40 U.S.C. § 5104(e)(2)(D) and (G) - Disorderly Conduct on Capitol Grounds | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Elisa G. Bernazzani, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____01/20/2021_____

*Judge's signature*

City and state:            Washington, D.C.            Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*